# Commonwealth *v.* Huston, Appellant.

Argued April 24, 1911. Appeal, No. 11, May T., 1911, by Joseph M. Huston, defendant, from judgment of Superior Court, March T., 1911, No. 16, affirming judgment of Court of Quarter Sessions of Dauphin County, Sept. Sessions, 1907, No. 240, in case of Commonwealth v. John H. Sanderson, Joseph M. Huston, James M. Shumaker, William P. Snyder and William L. Mathues. Before FELL, C. J., BROWN, MESTREZAT, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

Appeal by defendant from a judgment and sentence upon an indictment charging conspiracy to defraud the state of Pennsylvania.

The facts and the report of this case will be found in 46 Pa. Superior Ct. 172.

*George S. Graham,* with him *Samuel M. Clement, Jr.,* and *A. S. L. Shields,* for appellant.

*J. E. B. Cunningham,* deputy attorney general, and *James Scarlet,* with them *John Fox Weiss,* district attorney, *John E. Fox* and *John C. Bell,* attorney general, for appellee.

PER CURIAM, May 25, 1911:

The order allowing this appeal, limited the argument to the assignments of error which relate to the action of the court of quarter sessions in sending the jury back for further deliberations, after a verdict of "Guilty of defrauding the Commonwealth" had been presented to the court, and the foreman of the jury had attempted an explanation of the verdict, in a colloquy between himself and the trial judge. After a consideration of the whole colloquy, as it appears in the reporter's notes of the case, a majority of the court are of opinion that the judgment appealed from should be affirmed on the opinion of the Superior Court.

Judgment affirmed.